# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**CURTIS MORRIS**                                                                       **PLAINTIFF**

**V.**                               **NO. 3:24-cv-00081-JM-ERE**

**JACOB WHITE and**
**J.B. HOYER**                                                      **DEFENDANTS**

## ORDER

On May 14, 2024, *pro se* plaintiff Curtis Morris filed a motion for preliminary injunction and temporary restraining order (*Doc. 2*), but he did not file a complaint properly commencing this lawsuit. See FED. R. CIV. P. 3 ("A civil action is commenced by filing a complaint with the court"). Accordingly, on May 15, 2024, the Court provided Mr. Morris thirty days to file a complaint. *Doc. 4*. Mr. Morris has now filed a complaint, docketed as an amended complaint.[1] *Doc. 5*. Although Mr. Morris has stated valid constitutional claims in his complaint, Mr. Morris did not sign his complaint as required by this Court's Local Rules. See Local Rule 5.5(c)(2) ("A party appearing for himself/herself [*pro se*] shall sign his/her pleadings . . .").

IT IS THEREFORE ORDERED THAT:

---

[1] **The Clerk is instructed to change the title of this docket entry (*Doc. 5*) to Mr. Morris' Complaint, rather than his Amended Complaint.**

1. Mr. Morris must file a signed amended complaint within thirty (30) days of the entry of this Order.[2]

2. If Mr. Morris fails to file an amended complaint, this case may be dismissed.

3. The Clerk is instructed to provide Mr. Morris a blank 42 U.S.C. § 1983 complaint form, along with a copy of this Order.

SO ORDERED 11 June 2024.

_____
UNITED STATES MAGISTRATE JUDGE

---

[2] Mr. Morris is reminded that an amended complaint, if filed, will supersede or replace the current complaint. See *In re Atlas Lines, Inc.*, 209 F.3d 1064, 1067 (8th Cir. 2000) (an amended complaint supersedes an original complaint and renders the original complaint without legal effect). So, Mr. Morris should make sure that his amended complaint includes all allegations relevant to the claim(s) he wants to pursue in this lawsuit.