## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**CURTIS MORRIS**                                                         **PLAINTIFF**

**V.**                          **NO. 3:24-cv-00081-JM-ERE**

**JACOB WHITE and**
**J.B. HOYER**                                                        **DEFENDANTS**

### ORDER

*Pro se* plaintiff Curtis Morris has requested information on the status of this lawsuit. *Doc. 11*. On June 10, 2024, the Court docketed Mr. Morris' complaint. *Doc. 5*. On June 14, 2024, the Court: (1) docketed Mr. Morris' amended complaint; (2) determined that Mr. Morris stated failure to protect claims against Defendants White and Hoyer in their individual capacity and a retaliation claim against Defendant Hoyer in his individual capacity; (3) issued summonses for Defendants White and Hoyer; and (4) recommended that Mr. Morris' official capacity claims against Defendants White and Hoyer be dismissed, without prejudice, based on his failure to state a plausible constitutional claim for relief. *Docs. 9, 10*.

IT IS THERFORE ORDERED THAT:

1.     Mr. Morris' motion for a status updated (*Doc. 11*) is GRANTED.

2.     The Clerk is instructed to provide Mr. Morris a copy of the docket sheet, along with a copy of this Order.

SO ORDERED 17 June 2024.

_____
UNITED STATES MAGISTRATE JUDGE