IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CURTIS MORRIS**                                                             **PLAINTIFF**

V.                            NO. 3:24-cv-00081-JM-ERE

**JACOB WHITE and**
**J.B. HOYER**                                                **DEFENDANTS**

<u>**ORDER**</u>

      The Court has received a Recommendation for dismissal filed by Magistrate Judge Edie R. Ervin. Mr. Morris has not filed objections, and the time to do so has expired. After careful review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

      Mr. Morris' official capacity claims against both Defendants are DISMISSED, without prejudice, for failure to state a plausible constitutional claim for relief.

      IT IS SO ORDERED, this 8th day of July, 2024.

                                                                               _____
                                                                             UNITED STATES DISTRICT JUDGE