# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**CURTIS MORRIS**                                                                                           **PLAINTIFF**

**V.**                                    **NO. 3:24-cv-00081-JM-ERE**

**JACOB WHITE and**
**JOSHUA HOYER**                                                                                     **DEFENDANTS**

## RECOMMENDED DISPOSITION

### I.   Procedure for Filing Objections

This Recommendation has been sent to United States District Judge James M. Moody Jr. You may file written objections to all or part of this Recommendation. Your objections must: (1) specifically explain the factual and/or legal basis for the objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If you do not object, you risk waiving the right to appeal questions of fact and Judge Moody can adopt this Recommendation without independently reviewing the record.

### II.  Background

On May 14, 2024, *pro se* plaintiff Curtis Morris, formerly an inmate at the Conway County Detention Facility, filed this civil rights lawsuit under 42 U.S.C. § 1983. *Doc. 2*.

On October 21, 2024, mail sent to Mr. Morris from the Court was returned as undeliverable. *Doc. 32*.

On October 22, 2024, the Court ordered Mr. Morris to notify the Court of his current address within 30 days or risk dismissal of his claims. *Doc. 33.* To date, he has not responded to the Court's October 22 Order, and the time to do so has passed.

Mr. Morris has failed to inform the Court of his current address, as required by this Court's Initial Order (*Doc. 3*) and Local Rule 5.5(c)(2). As a result, the Court has no way to communicate with Mr. Morris regarding his lawsuit.

### III. Conclusion

IT IS THEREFORE RECOMMENDED THAT:

1. Mr. Morris' claims be DISMISSED, without prejudice, based on his failure to: (1) comply with this Court's Initial Order and Local Rule 5.5(c)(2); (2) respond to the Court's October 22 Order; (3) update his address; and (4) prosecute this lawsuit.

2. Defendants' motion for summary judgment (*Doc. 28*) be DENIED, as moot.

3. The Clerk be instructed to close this case.

DATED 26 November 2024.

_____
UNITED STATES MAGISTRATE JUDGE