IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CURTIS MORRIS**                                                                                           **PLAINTIFF**

V.                                           NO. 3:24-cv-00081-JM

**JACOB WHITE and**
**JOSHUA HOYER**                                                                                           **DEFENDANTS**

## ORDER

The Court has received a Recommendation for dismissal filed by Magistrate Judge Edie R. Ervin. The parties have not filed objections, and the time to do so has expired. After careful review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

*Pro se* plaintiff Curtis Morris' claims are DISMISSED, without prejudice, based on his failure to: (1) comply with this Court's Initial Order and Local Rule 5.5(c)(2); (2) comply with the Court's October 22, 2024 Order; (3) update his address; and (4) prosecute this lawsuit. Defendants' motion for summary judgment (*Doc. 28*) is DENIED, as moot. The Clerk is instructed to close this case.

IT IS SO ORDERED, this 19th day of December, 2024.

_____
UNITED STATES DISTRICT JUDGE