IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CURTIS MORRIS**  **PLAINTIFF**

V. NO. 3:24-cv-00081-JM

**JACOB WHITE and**
**JOSHUA HOYER**  **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 19th day of December, 2024.

_____
UNITED STATES DISTRICT JUDGE